

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Mike Gomez,

Vs. No. 11-22-00134-CR

The State of Texas,

* From the 42nd District Court
of Taylor County,
Trial Court No. 29585-A.

* February 22, 2024

* Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to reflect that Appellant pleaded "Not Guilty," we modify the trial court's judgment to read "Pro Se" instead of "Leigh W. Davis" for the "Attorney for Defendant," and we also modify the trial court's judgment to read "N/A" instead of "OPEN PLEA" and remove the marker indicating the "Terms of the Plea Bargain are attached and incorporated." Finally, we modify the trial court's judgment to reflect court costs as "$0.00." As modified, we affirm the judgment of the trial court.